Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, an insurance company;<br><br>Plaintiff,<br>v.<br><br>RONALD COWAN and TERRA MAE COWAN, husband and wife, and DIANE MAJOR;<br><br>Defendants | No. 2:23-cv-582-RSM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS**<br><br>*(Clerk's Action Required)* |

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED this 30th day of June, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

No. 2:23-cv-582-RSM
**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS - 1**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

| | |
|---|---|
| Approved: | Presented By: |
| | **WATHEN | LEID | HALL | RIDER, P.C.** |
| | *s/ Rory W. Leid, III* |
| | Rory W. Leid, III, WSBA #25075 |
| | *s/ Lauren I Fugere* |
| | Lauren I. Fugere, WSBA #55542 |
| | *Attorneys for Plaintiff First American* |
| | 222 Etruria Street |
| | Seattle, WA 98109 |
| | rleid@cwlhlaw.com | lfugere@cwlhlaw.com |
| Terra Mae Cowan | |
| *Defendant Pro Se* | |
| Tmw925@yahoo.com | |

No. 2:23-cv-582-RSM
**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS - 2**

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476